# ABOVENET, INC.
## EMPLOYEE ACTION FORM

| | | |
|---|---|---|
| Name: Doug Jendras | Social Security Number: | Hire Date: |
| Effective Date: 5/1/2004 | New Position: ☐  Replacement Position: ☐ | Recruitment Source: |

New Hire: ☐  Salary Change: ☒  Bonus: ☐  Termination: ☐  Title Change: ☐
Promotion: ☒  Transfer: ☐  Rehire: ☐  Other: ☐  Describe:

| EMPLOYMENT DATA | NEW/FROM | TO |
|---|---|---|
| Home Address/Telephone | | |
| Employ Type / Hrs: | | |
| FLSA Status (Exempt / Non-Exempt) | | |
| Job Title/EEO Class | VP Customer Operations | SVP, Operations |
| Department/Dept. Number | | |
| Location/Profit Center | | |
| Company/Product Line | | |
| Supervisor: | | |
| Site ID | | |
| Grade Level | | |

### SALARY CHANGE

Current Annual Salary: 195,000    Current Semi-Monthly / Hourly Rate: 8,125
New Annual Salary: 225,000    New Semi-Monthly / Hourly Rate: 9,375
Dollar Increase: 30,000    Percent Increase: 15.385

Annual Review: ☐  Promotion: ☐  Transfer: ☐  Other: ☐

### MISCELLANEOUS INFORMATION

Options:    Bonus:    Draw:    Other:

### SEPARATION

Reason:
Termination Date:    Last day worked:    Last date paid:
Accrued Time Off:    Severance:    Other:

### LEAVE OF ABSENCE

Type of Leave:
Pay Through Date:    Without Pay:    Expected Return Date:

### COMMENTS

### APPROVALS

| | Title | Approve | Disapprove | Date |
|---|---|---|---|---|
| Manager/Director | | ☐ | ☐ | |
| VP [signature] | Title | ☐ Approve | ☐ Disapprove | Date |
| SVP | Title | ☐ Approve | ☐ Disapprove | Date |
| Human Resources | Title | ☐ Approve | ☐ Disapprove | Date |
| Finance [signature] | Title | ☐ Approve | ☐ Disapprove | Date |
| Legal | Title | ☐ Approve | ☐ Disapprove | Date |

PLAINTIFF'S EXHIBIT NO. 4 FOR IDENTIFICATION 3.9.12 DATE: RPTR:DB

Revised 7/17/03

D-00020

# ABOVENET, INC

## EMPLOYEE ACTION FORM

6/6/05

| Name: Douglas Jendras | Social Security Number: | Hire Date: 06/23/2001 |
|---|---|---|

Effective Date: 06/01/2005    New Position: ☐    Replacement Position: ☐    Recruitment Source:

| New Hire: ☐ | Salary Change: ☒ | Bonus: ☐ | Termination: ☐ | Title Change: ☐ |
| Promotion: ☐ | Transfer: ☐ | Rehire: ☐ | Other: ☐ Describe: | |

| EMPLOYMENT DATA | NEW/FROM | | TO | |
|---|---|---|---|---|
| Home Address/Telephone | | | | |
| Employ Type / Hrs: | | | | |
| FLSA Status (Exempt / Non-Exempt) | | | | |
| Job Title/EEO Class | | | | |
| Department/Dept. Number | | | | |
| Location/Profit Center | | | | |
| Company/Product Line | | | | |
| Supervisor: | | | | |
| Site ID | | | | |
| Grade Level | | | | |

### SALARY CHANGE

| Current Annual Salary: 225K | Current Semi-Monthly / Hourly Rate: |
| New Annual Salary: $236,250 | New Semi-Monthly / Hourly Rate: |
| Dollar Increase: $11,250 | Percent Increase: 5% |
| Annual Review: ☒ | Promotion: ☐   Transfer: ☐   Other: ☐ |

### MISCELLANEOUS INFORMATION

| Options: | Bonus: | Draw: | Other: |
|---|---|---|---|

### SEPARATION

Reason:

| Termination Date: | Last day worked: | Last date paid: |
| Accrued Time Off: | Severance: | Other: |

### LEAVE OF ABSENCE

| Type of Leave: | | |
| Pay Through Date: | Without Pay: | Expected Return Date: |

### COMMENTS

Off cycle merit increase.

### APPROVALS

| Manager/Director | Title | ☐ Approve | ☐ Disapprove | Date |
| VP [signature] | Title CEO | ☐ Approve | ☐ Disapprove | Date |
| SVP [signature Carla Chang] | Title Dir HR | ☒ Approve | ☐ Disapprove | Date 6/1/05 |
| Human Resources | Title | ☐ Approve | ☐ Disapprove | Date |
| Finance | Title | ☐ Approve | ☐ Disapprove | Date |
| Legal | Title | ☐ Approve | ☐ Disapprove | Date |

Revised 7/17/03

PLAINTIFF'S EXHIBIT NO. 3 FOR IDENTIFICATION 3.9.12

D-00013



PLAINTIFF'S EXHIBIT NO. 8 FOR IDENTIFICATION 3.9.12 RPTR: DB

# MERIT INCREASE MEMORANDUM
## TO THE EMPLOYEE PERSONNEL FILE

**Name:** Jendras, Douglas M.
**Title:** SVP, Operations
**Department:** Operations Management
**Location:** White Plains
**Supervisor:** LaPerch, William G

Effective March 1, 2006

| | |
|---|---|
| Previous Annual Rate: | $236,250.00 |
| Annual Merit Increase: | $12,000.00 |
| New Annual Rate: | $248,250.00 |

D-00012



PLAINTIFF'S EXHIBIT NO. 9 FOR IDENTIFICATION DATE: 3-9-12 RPTR: DB

# MERIT INCREASE MEMORANDUM
# TO THE EMPLOYEE PERSONNEL FILE

Name:        Jendras, Douglas M.
Title:       SVP, Operations
Department:  Operations Management
Location:    White Plains
Supervisor:  LaPerch, William G

Effective March 1, 2007

Previous Annual Rate:     $248,250.00

Annual Merit Increase:    $14,895.00

New Annual Rate:          $263,145.00

Grimmer, Gina

**From:** Chang, Sheila
**Sent:** Friday, September 12, 2008 10:37 AM
**To:** Grimmer, Gina
**Subject:** FW: Salary Increases for SVPs and CEO

FYI – Please process below salary changes effective date 9/2/2008. Thanks.

-Sheila

---

**From:** LaPerch, Bill
**Sent:** Friday, September 12, 2008 10:20 AM
**To:** Sokota, Rob; Chang, Sheila
**Cc:** Sandford, Jill
**Subject:** Re: Salary Increases for SVPs and CEO

Approved
Bill LaPerch sent by Blackberry

---

**From:** Sokota, Rob
**To:** Chang, Sheila; LaPerch, Bill
**Cc:** Sandford, Jill
**Sent:** Fri Sep 12 07:55:36 2008
**Subject:** RE: Salary Increases for SVPs and CEO

Approved. I will get you board minutes in draft.

---

**From:** Chang, Sheila
**Sent:** Friday, September 12, 2008 8:12 AM
**To:** LaPerch, Bill; Sokota, Rob
**Subject:** Salary Increases for SVPs and CEO

[...]l and Rob,

[...]rder to make the changes to the payroll with the next payroll run (9/30/2008) for a retroactive effective date of 9/2/2008, I will [nee]d approval from both of you on the following base salary increases AND a copy of the board minutes approving these increases.

[Alter]natively, for the SVPs, Bill could input each of the changes for the SVPs through Self Service, but since there is no one on the [boar]d with access to Self Service, we would still need to route and approve the changes manually, and therefore will still need the [board] minutes for backup approving these salary increases.

| [Emplo]yee | Amount of Increase | New Annual Salary |
|---|---|---|
| [...]endras | $16,855 | $280K |

AboveNet is hiring! To learn more, please visit http://www.resourcehire.com/clients/abovenet/public[...]

*[signed] Sheila Chang 9/27/08*

*[handwritten at top: Gina Grimmer 9/12/08]*

*[PLAINTIFF'S EXHIBIT stamp, DATE: 3.7.12]*



# MERIT INCREASE MEMORANDUM
## TO THE EMPLOYEE PERSONNEL FILE

Name: Jendras, Douglas M.
Title: SVP, Operations
Department: Operations Management
Location: White Plains
Supervisor: LaPerch, William G

Effective March 1, 2010

Previous Annual Rate:   $280,000.00

Annual Merit Increase:   $10,000.00

New Annual Rate:   $290,000.00

PLAINTIFF'S
EXHIBIT NO. 31
FOR IDENTIFICATION
3-4-12
DATE:            RPTR: DB

Chang, Sheila

**From:** Sokota, Rob
**Sent:** Thursday, March 17, 2011 4:41 PM
**To:** Chang, Sheila; LaPerch, Bill
**Subject:** RE: Merit increase

Confirmed.

**From:** Chang, Sheila
**Sent:** Thursday, March 17, 2011 4:33 PM
**To:** Sokota, Rob; LaPerch, Bill
**Subject:** RE: Merit increase

For payroll's audit trail, please confirm that the correct annualized merit amount for Doug Jendras effective 3/1/2011 is $5,300. Thanks.

*Entered in Ceridian.*
*— RC*

**From:** Sokota, Rob
**Sent:** Thursday, March 17, 2011 12:30 PM
**To:** LaPerch, Bill; Chang, Sheila
**Subject:** RE: Merit increase

Put in the increase retroactively starting March 1 consistent with everyone else. Thanks.

**From:** LaPerch, Bill
**Sent:** Thursday, March 17, 2011 11:38 AM
**To:** Chang, Sheila; Sokota, Rob
**Subject:** FW: Merit increase

I did not tell Doug he received a merit increase. However I don't realize that it was not in the 10% he originally rec'd, he received one in that document. I will speak to Rob on Monday on how to straighten this out.

1

D-00005

**From:** Chang, Sheila
**Sent:** Wednesday, March 16, 2011 3:27 PM
**To:** LaPerch, Bill
**Subject:** FW: Merit increase

Why does Doug think he got a merit increase? I will not respond to him until I hear from you. Thanks.

**From:** Jendras, Doug
**Sent:** Wednesday, March 16, 2011 3:26 PM
**To:** Chang, Sheila
**Subject:** Merit increase

Sheila,

I noticed that I did not receive my merit increase yesterday. Can you let me know if that was an oversight?

Thanks,

Doug

Douglas M Jendras

Senior Vice President of Operations

AboveNet Communications

(914) 683-6855

2

D-00006