Peikes, Lawrence

**From:** Machen, Chris [cmachen@above.net]
**Sent:** Thursday, March 03, 2011 9:51 AM
**To:** Jendras, Doug
**Subject:** RE: My review

Sure thing.

I am on a call right now but can call you but can call you after — maybe 30 minutes from now.

I have another call at 10:30 and then a customer meeting.

I don't recall making a comment to Bill like that but am more than happy to get to the bottom of it.

Machen
713-344-2151 office
281-924-7248 mobile

**From:** Jendras, Doug
**Sent:** Thursday, March 03, 2011 8:04 AM
**To:** Machen, Chris
**Subject:** My review

Chris,

Bill LaPerch gave me my review yesterday and he informed me that he has heard from you that I am hard to approach. I wasn't aware of this issue so I'm hoping we can clear the air.

Do you have any time to talk today?

Thanks,

Doug


Douglas M Jendras

Senior Vice President of Operations

AboveNet Communications

(914) 683-6855

D 01046

Pelkes, Lawrence

From: Turtz, Doug [dturtz@above.net]
Sent: Thursday, March 03, 2011 9:32 AM
To: Jendras, Doug
Subject: RE: My review

Doug

What number are you on?

I will call you after my 9:30

Must say I am dumbfounded by this and am racking my brain to see if I ever said something that could have been interpreted that way....

---

Doug Turtz
Executive Director, Sales - Atlantic Region
Desk: 212.803.5591
Mobile: 917.885.0156
dturtz@above.net
www.above.net

---

From: Jendras, Doug
Sent: Thursday, March 03, 2011 9:02 AM
To: Turtz, Doug
Subject: My review

Doug,

Bill LaPerch gave me my review yesterday and he informed me that he has heard from you that I am hard to approach. I wasn't aware of this issue so I'm hoping we can clear the air.

Do you have any time to talk today?

Thanks,

Doug

1