UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DOUGLAS JENDRAS,

                    Plaintiff,

          v.

ABOVENET, INC.,

                    Defendant.
------------------------------------------------------------- X

**CASE NO. 11 Civ. 5409 (KMK)**

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPLUATED, by and between the parties to the above-captioned case, through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be dismissed in its entirety, with prejudice, each side to bear its own costs and attorneys' fees.

Respectfully submitted,

By: _____
Fred D. Weinstein (FW-2029)
fweinstein@kelaw.com
Kurzman Eisenberg Corbin
& Lever, LLP
One North Broadway
White Plains, NY 10601
(914) 285-9800

Attorneys for Plaintiff
DOUGLAS JENDRAS

By: _____
Lawrence Peikes (LP-2478)
lpeikes@wiggin.com
Wiggin and Dana LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
(203) 363-7600

Attorneys for Defendant
ABOVENET, INC.

21097/9/2942204.1